

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00315-CV

IN RE SPRINGFIELD EXPLORATION, INC., RELATOR

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

October 7, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is relator's Petition for Writ of Mandamus. Springfield Exploration, Inc. requests that we issue an order requiring the Honorable Pat Phelan, Judge of the 286th District Court, to allow the addition of parties prior to and prevent various experts from testifying at the upcoming trial. As can be seen, each form of relief sought involved action being undertaken prior to the occurrence of a trial. Yet, the record indicates that the trial court convened a jury trial, and a jury subsequently rendered its verdict in the cause on September 5, 2014. Trial having occurred, the request for relief before trial has become moot. Furthermore, and under these circumstances, any complaints regarding the propriety of the rulings underlying this petition for writ of mandamus may be pursued via the legal remedy of appeal once a

final judgment is entered. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011) (stating that to be entitled to mandamus relief, a relator must demonstrate a clear abuse of discretion by the trial court and the lack of an adequate remedy by appeal).

The petition for mandamus is denied.


Per Curiam